And now the said J. V. R. Ten Eyck here in court comes and says that he finds this case entered against him in the Journals of both courts aforesaid, therefore moves this Hon. Court that the entry on one of the journals aforesaid to wit on the Journal of Sup. Court may be stricken out and the same stand corrected as the Hon. Court shall direct that he may know who is to be his Prosecutor in this Court

LEIB & LEROY his Attys—

J V. R. Ten Eyck   Fil<sup>d</sup> in open Court Oct. 4.

1826

Territory of Michigan Ss:

Be it remembered that on this fourth day of October in the year of our Lord one thousand eight hundred and twenty six, before the undersigned Clerk of the Su-

preme Court, personally appeared Jeremiah V R Ten Eyck as principal and acknowledges himself to owe unto the United States of America, the sum of one thousand Dollars lawful money    also John Biddle and Oliver W Miller his sureties and acknowledge themselves and each of them to owe unto the said United States of America the sum of Five hundred dollars lawful money as aforesaid to be levied of their several goods and chattles lands    tenements and hereditaments, upon condition that if the said Jeremiah V R Ten Eyck who is in Court by virtue of an Attachment for contempt, issued by the said Supreme Court against the said Jeremiah V R Ten Eyck shall be and appear before the said Court from day to day to abide such order as the Court may make in the premises and not depart therefrom without leave of Court,— then this recognizance to be null & void otherwise be & remain in full force and virtue.—

Taken and acknowledged
   In open Court
the day & year first above
   written—
      JOHN WINDER
        Clerk

JER. V R TEN EYCK

JOHN BIDDLE
O W MILLER